MIKE MALLERDINO, Plaintiff-Appellant, *v.* JOSEPH POLLINA *et al.,* Defendants-Appellees.

(No. 58448; ■■■■■■■■)

First District (2nd Division)—July 8, 1974.

PER CURIAM.

Black and Wrobel, of Chicago, for appellant.

Denis R. Pollina, of Chicago, for appellees.